UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Leon Weingrad

                          Plaintiff,

-against-                                 24 Civ. 6256 (____)

K9 Bookkeeping, LLC                    MOTION FOR ADMISSION

                                          PRO HAC VICE

                        Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Andrew Roman Perrong hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Leon Weingrad in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Pennsylvania and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:                                  Respectfully Submitted,

8/19/2024

                                                    _____

                                                    Applicant Signature:_____

                                                    Applicant's Name: Andrew Roman Perrong

                                                    Firm Name: Perrong Law LLC

                                                    Address: 2657 Mount Carmel Ave.

                                                    City/State/Zip: Glenside, PA 19038

                                                    Telephone/Fax: 215-225-5529; 888-329-0305

                                                    Email: a@perronglaw.com