IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **LEON WEINGRAD**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**K9 BOOKKEEPING, LLC**<br><br>*Defendant.* | Case No. 24-6256<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

### AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

I, Andrew Roman Perrong, being duly sworn, hereby depose and say as follows:

1. I am a partner with the law firm of Perrong Law LLC.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the Commonwealth of Pennsylvania.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. My PA Attorney Registration Number is 333687.

8. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in case 24-6256 for Plaintiff Leon Weingrad.

RESPECTFULLY SUBMITTED AND DATED this 19th day of August, 2024.

*[signature]*

Andrew Roman Perrong, Esq.
PA Bar #333687 (*Pro Hac Vice*)
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

Commonwealth of Pennsylvania, County of Montgomery

Signed and sworn to (or affirmed) before me on August 19th, 2024

by Andrew Roman Perrong.

COMMONWEALTH OF PENNSYLVANIA - NOTARY SEAL
James Everett Shelton, Notary Public
Montgomery County
My Commission Expires 12/18/2027
Commission # 1442686

*James E Shelton*, Notary Public
My commission expires: 12/18/2027

2