UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Leon Weingrad                Plaintiff,

-against-

K9 Bookkeeping, LLC    Defendant.

24 cv 6256 ( )

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of __Andrew Roman Perrong__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Pennsylvania__; and that his/her contact information is as follows (please print):

Applicant's Name: __Andrew Roman Perrong__
Firm Name: __Perrong Law LLC__
Address: __2657 Mount Carmel Ave.__
City / State / Zip: __Glenside, PA 19038__
Telephone / Fax: __215-225-5529; 888-329-0305__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Leon Weingrad__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge