

## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### Andrew Roman Perrong, Esq.

#### DATE OF ADMISSION

**October 10, 2023**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: August 15, 2024

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk