

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Andrew Roman Perrong, Esq.*

### DATE OF ADMISSION

### *October 10, 2023*

The above named attorney was duly admitted to the bar of the Commonwealth of
Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
**Dated:  August 15, 2024**

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk

