# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| **LEON WEINGRAD, individually and on behalf of all others similarly situated** <br><br> *Plaintiff* <br><br> v. <br><br> **K9 BOOKKEEPING, LLC** <br><br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:24-cv-06256-ALC <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF SERVICE

Luis Arriaga, affirms and says that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of New York.That on September 5, 2024, at 1:59 pm at 40 Wall Street, New York, NY 10005, Deponent served the within Summons and Complaint, with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: K9 BOOKKEEPING, LLC (hereinafter referred to as "subject") by leaving the following documents with John Doe (refused name) who as Front Desk of Building/Building Security is authorized by appointment or by law to receive service of process for K9 BOOKKEEPING, LLC.

Additional Description:
Left documents with Front Desk/Building Security as instructed by client since the Entity employees stated they couldn't come down for service.

White Male, est. age 55-64, glasses: N, Gray hair, 180 lbs to 200 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=40.7066355204,-74.0097840485
Photograph: See Exhibit 1

Total Cost: $95.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

☐ I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of New York State or of the United States as that term is defined either in the

State or Federal statutes.

Executed in

Kings County                              ,

NY         on    9/9/2024              .

/s/ *Luis Arriaga*

Signature
Server Name: Luis Arriaga
License#: 2104295-DCA

PROOF TECHNOLOGY NEW YORK , LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 12103684-DCA

Below are my previous attempts at serving K9 BOOKKEEPING, LLC:

Date / Time: August 22, 2024 1:00 pm
Address: 40 Wall Street, New York, NY 10005
Geolocation: https://google.com/maps?q=40.7081356261,-74.0095830246
Description: This company is not located in the inventory for this building per front desk

Date / Time: August 28, 2024 2:50 pm
Address: 40 Wall Street, New York, NY 10005
Geolocation: https://google.com/maps?q=40.7066736047,-74.0098239829
Description: They are not allowed to come downstairs and take papers. Talk to entity on the phone said you have to mail it to the office on the 31st floor.

