**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: October 24, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Leon Weingrad            Plaintiff,

-against-

K9 Bookkeeping, LLC      Defendant.

24 cv 6256 ( )

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of __Andrew Roman Perrong__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Pennsylvania__; and that his/her contact information is as follows (please print):

Applicant's Name: Andrew Roman Perrong
Firm Name: Perrong Law LLC
Address: 2657 Mount Carmel Ave.
City / State / Zip: Glenside, PA 19038
Telephone / Fax: 215-225-5529; 888-329-0305

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Leon Weingrad__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: October 24, 2024

_[signature]_

United States District / Magistrate Judge